UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CINDY ELAINE WASHINGTON,

    Plaintiff,

v.                           Case No.:  6:24-cv-00470-AGM-LHP

MICHAEL ROMERO, SUZE SUSALINE, MICHELLE BAPTISTE, BRENDA PRESCOTT, TIARA DUNBAR, DEANA JACKSON, LASONJI HOLLENGER, MARC FISHER, BRITTANY CAMPILLO, CIERRA MCMINN, BABY JANE TANEAL, and JEAN KEVIN CASTRO,

    Defendants,
_____/

## **ORDER**

THIS CAUSE is before the Court on the United States Magistrate Judge's report recommending that Plaintiff's motion to proceed *in forma pauperis* (Doc. # 31) be denied. The time for filing objections has passed.

Absent objection, the Court conducts a "careful and complete" review of the Report and Recommendation. *Williams v. Wainwright*, 681 F.2d 732, 732 (11th Cir. 1982 (*per curiam*) (quotation citation omitted). "Clear error" review applies to portions of the Report and Recommendation to which no objection is made. *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006) (*per curiam*) (quotation citation omitted). Legal conclusions are reviewed *de novo* in the absence of an objection. *See LeCroy v. McNeil*, 397 F. App'x 554, 556 (11th Cir. 2010) (citation omitted); *Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994). The

Court may accept, reject, or modify, in whole or in part, the Magistrate Judge's Report and Recommendation. 28 U.S.C. § 636(b)(1); *Williams*, 681 F.2d at 732.

The Magistrate Judge, in a thorough and well-reasoned analysis, found that Plaintiff's October 20, 2025, Notice of Appeal (Doc. # 30) was not brought in good faith because it seeks to appeal a non-final Report and Recommendation over which the Eleventh Circuit lacks jurisdiction.[1] Additionally, the Magistrate Judge found that Plaintiff's chances of ultimate success are slight and therefore, her appeal is frivolous. Having performed a *de novo* and independent review of the file, and for the sound reasons explained in the Report and Recommendation, this Court agrees.

Therefore it is **ORDERED** and **ADJUDGED** that:

1. The Report and Recommendation (Doc # 33) is adopted, confirmed, and approved in all respects and made a part of this order.

2. Plaintiff's motion to proceed *in forma pauperis* (Doc # 31) is DENIED.

**DONE** and **ORDERED** in Orlando, Florida on December 4, 2025.

ANNE LEIGH GAYLORD MOE
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Plaintiff, pro se

---

[1] Plaintiff previously attempted to appeal the Magistrate Judge's July 2, 2025, Report and Recommendation. (See Doc. # 26). Because a Report and Recommendation is not a final, appealable order, the Eleventh Circuit dismissed that appeal for lack of jurisdiction. *See* Washington v. Romero, No. 25-12513, 2025 WL 2699632, at *1 (11th Cir. Sept. 23, 2025).